# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

          vs.

Jose Guadalupe Cruz-Torres

                              Defendant.

Case No. 20mj2148-BLM

JUDGMENT OF DISMISSAL

**FILED**

JUL 1 5 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Complaint:

 18:3583 - Violation of Conditions of Supervised Release

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 7/15/2020

Hon. Gonzalo P. Curiel
United States District Judge